UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER BOEHM,

    Petitioner,

v.                                        CASE No. 2:22-cv-623-JLB-NPM

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER

On September 19, 2023, the Court ordered Petitioner to show cause why his habeas petition was not moot given his release from prison. (Doc. 12.) The Court warned Petitioner that this case would be dismissed without further notice if he did not comply with the Court's order to show cause. (Id. at 2.) To date, Petitioner has neither complied nor asked for more time to do so. In addition, the order to show cause was not returned by the postal service. The Court thus dismisses this case without prejudice for failure to comply with a court order and failure to prosecute.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 7, 2023.

*John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record